**Title:** A Milfs Tale #2  **Network:** BitTorrent
**SHA-1 Hash:** F90B20FCEB29D7B86F5F813AB297D753DF14EAE8  **District:** Maryland

| DOE# | IP | Hit date (UTC) | City | State | ISP |
|---|---|---|---|---|---|
| 1 | 24.126.81.231 | 11/30/2011 1:12 | Lanham | MD | Comcast Cable |
| 2 | 68.55.95.68 | 11/5/2011 2:00 | Belcamp | MD | Comcast Cable |
| 3 | 98.233.200.204 | 9/10/2011 0:00 | White Plains | MD | Comcast Cable |
| 4 | 173.66.29.232 | 9/2/2011 10:18 | Silver Spring | MD | Verizon Internet Services |
| 5 | 70.110.23.254 | 10/26/2011 19:52 | Silver Spring | MD | Verizon Internet Services |
| 6 | 71.163.5.136 | 9/10/2011 16:42 | Upper Marlboro | MD | Verizon Internet Services |
| 7 | 96.255.50.137 | 11/4/2011 1:05 | Laurel | MD | Verizon Internet Services |

EXHIBIT A

MD21